IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CAMRON P. SMITH,<br><br>  Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>  Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:13-cv-00277 CW-DBP<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Dustin B. Pead |

This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Dustin B. Pead under 28 U.S.C. § 636(b)(1)(B). The case involves an appeal of the Acting Commissioner of Social Security, Carolyn W. Colvin's ("Commissioner") final decision that the Social Security Administration was not negligent in the selection and monitoring of Camron P. Smith's ("Plaintiff") former representative payee, Mary Smith, and in not collecting amounts owed by Mary Smith to Plaintiff. On December 30, 2014, Judge Pead issued a Report and Recommendation, recommending that the Commissioner's decision be affirmed. (Dkt. No. 35). Plaintiff filed no objection to the Report and Recommendation. After having reviewed the file *de novo*, the court hereby APPROVES AND ADOPTS Judge Pead's Report and Recommendation in its entirety. Accordingly, this case is dismissed. Each party shall bear their own costs.

///

SO ORDERED this 3rd day of February, 2015.

BY THE COURT:

_____

Clark Waddoups
United States District Court Judge